AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ Central ___ District of California _____

| | |
|---|---|
| Star Fabrics, Inc., a California corporation, <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> Masoi Jeans, Inc., a California corporation; <br> Amazon.com, Inc. a Washington corporation; <br> Cornerstone Apparel, Inc., a California corporation <br> dba Papaya; Shimmer Fashion, and Does 1 to 10, Incl. <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Masoi Jeans, Inc., a California corporation, 1015 Wall Street, #107, Los
Angeles, CA 90015; Amazon.com, Inc., a Washington corporation, 300 Deschutes Way
SW, Suite 304, Tumwater, WA 98501; Cornerstone Apparel, Inc. dba Papaya, a
California corporation, 5807 Smithway St., Commerce, CA 90040; Shimmer Fashion,
a business entity form unknown, 555 Broadway, Suite 134, Chula Vista, CA; and
Does 1 to 10, Inclusive

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:
Gennady L. Lebedev, Esq.
Ethan O. Michael, Esq.
LEBEDEV, MICHAEL & HELMI
10999 Riverside Drive, Suite 201
Studio City, CA 91602

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 10, 2016

_____
*Signature of Clerk or Deputy Clerk*

AO-440